NUMBERS 13-04-237-CR and 13-04-238-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

MANUEL GARCIA, JR.,                                                              Appellant,

v.
 
THE STATE OF TEXAS,                                                     Appellee.
__________________________________________________________________

On appeal from the 156th District Court of Bee County, Texas.
__________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Garza
Opinion Per Curiam


         Appellant, MANUEL GARCIA, JR., attempts to appeal his convictions for driving
while intoxicated and possession of a controlled substance. The trial court has
certified that each of these cases “is a plea-bargain case, and the defendant has NO
right of appeal.” See Tex. R. App. P. 25.2(a)(2).
         On May 12, 2004, this Court notified appellant’s counsel of the trial court’s
certifications and ordered counsel to: (1) review the record; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel’s
findings as to whether appellant has a right to appeal, or, alternatively, advise this
Court as to the existence of any amended certifications.
         On June 7, 2004, counsel filed a letter brief with this Court. Counsel’s
response does not establish (1) that the certification currently on file with this Court
is incorrect or (2) that appellant otherwise has a right to appeal. 
         The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court’s certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, these appeals are dismissed. Any pending motions are denied as moot.

                                                      PER CURIAM

Do not publish. Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 24th day of June, 2004.